```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 12936
   RONALD J. GEARY
   CORI A GEARY                               CHAPTER 13

                                              JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-2474    SSN XXX-XX-9443
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/11/06 and confirmed on 01/10/07.

    2.  The case was dismissed after confirmation, 05/16/2008.

    3.  The Debtor paid a total of $   7999.20 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 1935.76 | .00 | 1935.76 |
| AMERICAN GENERAL FINANCE | SECURED | 4500.00 | 266.88 | 1949.36 |
| PERSONAL FINANCE | SECURED | 4000.00 | 295.98 | 1920.26 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 868.15 | .00 | .00 |
| JRF CAPITAL RECOVERY FUN | UNSECURED | 489.73 | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| DANBURY MINT | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | 205.83 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 345.99 | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | 2235.00 | .00 | 16.20 |
| ILLINOIS VALLEY COMMUNIT | UNSECURED | 596.57 | .00 | .00 |
| KMB SERVICE CORP | UNSECURED | NOT FILED | .00 | .00 |
| LTD COMMODITIES INC | UNSECURED | NOT FILED | .00 | .00 |
| MARTHA M GEARY | UNSECURED | 9056.22 | .00 | 65.66 |
| MEDIACOM | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 974.36 | .00 | .00 |
| PLAINS COMMERCE BK | UNSECURED | 185.01 | .00 | .00 |
| SCHOLASTIC | UNSECURED | NOT FILED | .00 | .00 |

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ST FRANCIS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| ST MARYS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| STRATFORD CAREER INSTITU | UNSECURED | NOT FILED | .00 | .00 |
| SUN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| SUN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AFNI/VERIZON | UNSECURED | 763.44 | .00 | .00 |
| WENONA HEALTH CTR | UNSECURED | NOT FILED | .00 | .00 |

```
WILLIAM GEARY              UNSECURED        7570.68            .00          54.89
WORLD ACCEPTANCE CORP      UNSECURED       NOT FILED           .00            .00
PERSONAL FINANCE           UNSECURED         110.85            .00            .00
       Summary of disbursements:
---------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 10435.76         .00     23401.83        .00      33837.59
PRINCIPAL PAID      5805.38         .00       136.75        .00       5942.13
INTEREST PAID        562.86         .00          .00        .00        562.86
TOTAL PAID          6368.24         .00       136.75        .00       6504.99
```

The Debtor's attorney, SCHEINBAUM & WEST                  , was allowed $   2100.00
and was paid $    926.00  direct and $   1174.00  through the plan.

The Trustee received $    320.21 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 08/20/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE